IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

April Janke,

          Plaintiff,                    ORDER

v.                                        09-cv-374-wmc

Chula Vista Resort,

          Defendant.

---

Heather Rose,

          Plaintiff,                    ORDER

v.                                        09-cv-375-wmc

Chula Vista Resort,

          Defendant.

---

In response to an unopposed motion to schedule mediation filed by defendant Chula Vista Resort, mediation was set for July 23, 2010 at 9:00 a.m. On June 24, 2010, I sent a letter to the parties requiring that they provide a confidential statement of their settlement position by July 16. Based the contents of defendant's submission and the failure of either plaintiff to submit a statement, I conclude that the mediation session presently scheduled has little chance of success. I remain hopeful that mediation might be beneficial later in the case.

ORDER

IT IS ORDERED that the mediation session in the above referenced cases presently scheduled for Friday, July 23, 2010 is canceled.

Entered this 20th day of July, 2010.

BY THE COURT:

*Peter Oppeneer*
Peter Oppeneer
Magistrate Judge